**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6774**

---

DANIEL DENNIS COLLINS,

                              Plaintiff - Appellant,

    versus

JUDITH A. SHOWALTER, Administrative Law Judge;
WAYNE HILL, IGO Coordinator for the House of
Corrections-Annex; CORRECTIONAL OFFICIALS OF
M.H.C.-ANNEX; WILLIAM L. SMITH, Warden; CAP-
TAIN SPAIN; CORRECTIONAL OFFICER MCMILLION;
L. CURTIS, Property Room; CORRECTIONAL OFFICER
JOHNSON; ALL CORRECTION OFFICIALS; MR. HILL,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
1273-L)

---

Submitted:  November 7, 1996      Decided:  November 19, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Daniel Dennis Collins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion to appoint counsel and dismiss as frivolous on the reasoning of the district court. Collins v. Showalter, No. CA-96-1273-L (D. Md. May 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED